# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CASE NO: 6:19-cr-2** |
| ) | |
| **JERRY KEMP,** ) | |
| ) | |
| Defendant. ) | |

# O R D E R

The above-captioned case in now before the Court on the Government's Motion to Amend/Correct Typographical Error in the Indictment. The Government seeks to amend the indictment to reflect the correct division.

Upon Consideration, the motion is **GRANTED**. It is hereby **ORDERED** that the indictment be amended to identify that this case is pending in the AUGUSTA division instead of STATESBORO division. The Clerk of Court is **DIRECTED to TRANSFER this case to the Augusta Division of this Court.**

**SO ORDERED**, this 21st day of March, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA